**JUDGE CROTTY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**07 CV 2911**

------------------------------------------------------------------X

JESUS VARGAS,

                                      Plaintiff,

- against -

LEONARDO RODRIGUEZ
and FEDERAL EXPRESS CORP.,

                                      Defendants.

------------------------------------------------------------------X

07 Civ.     (   ) (   )

ECF CASE - 07 CV 2911 (PAC) (AJP)

**RULE 7.1 DISCLOSURE**
**INTERESTED PARTIES**



APR 1 1 2007

CASHIERS

    I, Anthony W. Eckert III, an attorney for defendant FEDERAL EXPRESS CORPORATION, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

    FedEx Corporation.

Dated: New York, New York
       April 11, 2007

                                            ANTHONY W. ECKERT III, ESQ.

                                            By: _____
                                                Anthony W. Eckert III (AWE-7949)
                                                Attorney for Defendants
                                                Federal Express Corporation and
                                                Leonardo Rodriguez
                                                555 Fifth Avenue
                                                15th Floor
                                                New York, NY 10017
                                                (212) 922-0450

TO:    DON A. CARLOS, JR., ESQ.
         Attorneys for Plaintiff
         352 Seventh Avenue
         Suite 1500
         New York, New York 10001
         (212) 631-7442

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JESUS VARGAS,                                          07 Civ. 2911 ( PAC ) (AJP)

                     Plaintiff,                     **AFFIDAVIT OF**
                                              **SERVICE BY MAIL**

- against -

LEONARDO RODRIGUEZ
and FEDERAL EXPRESS CORP.,

                     Defendants.
------------------------------------------------------------------X

STATE OF NEW YORK    )
                                          ) ss.:
COUNTY OF NEW YORK )

        Yvette Morales, being duly sworn deposes and says that deponent is not a party to the action, is over the age of 18 and resides in Kings County.

        On the 11th day of **April, 2007**, deponent served the within **RULE 7.1 DISCLOSURE INTERESTED PARTIES** upon:

> DON A. CARLOS, JR., ESQ.
> Attorneys for Plaintiff
> 352 Seventh Avenue
> Suite 1500
> New York, New York 10001

the address(es) designated by said attorney(s) by depositing same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                    _____
                                                        Yvette Morales

Sworn to before me this
11th day of April, 2007.

_____
Notary Public