AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NEW YORK ss.:

    LLOYD A. KATZ, ESQ. being duly sworn, deposes and says:

    I am over 18 years of age, I am not a party to the action, and I reside in NEW YORK County in the State of New York.

    I served a true copy of the annexed

        NOTICE OF MOTION

on May 1, 2007

by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee as indicated below:

Anthony W. Eckert, Esq.
Attorneys for Defendant(s)
555 Fifth Avenue
15th Floor
New York, NY 10017
(212) 922-0450

                                      LLOYD A. KATZ, ESQ.

Sworn to before me May 1, 2007

_____
Notary Public

DON A. CARLOS, JR.
Notary Public, State of New York
No. 02CA00?????
Qualified in Westchester County
Commission Expires Aug. 15, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

JESUS VARGAS,                                           07 Civ. 2911 (PAC) (AJP)

                          Plaintiff,            AFFIDAVIT OF SERVICE

    - against --

LEONARDO RODRIGUEZ
and FEDERAL EXPRESS CORP.,

              Defendants.

----------------------------------------------------------X

                                       CARLOS & KATZ, ESQS.
                                       LLOYD KATZ (LK-8498)
                                       Attorney for Plaintiff
                                       352 Seventh Avenue
                                       Suite 409
                                       New York, New York 10001
                                       (212) 631-7442

                                       ANTHONY W. ECKERT III, ESQ.
                                       Attorney for Defendants
                                       Federal Express Corporation and
                                       Leonardo Rodriguez
                                       555 Fifth Avenue
                                       15th Floor
                                       New York, NY 100017
                                       (212) 922-0450