UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
JESUS VARGAS,

                        Plaintiff,

  -against-

LEONARDO RODRIGUEZ
and FEDERAL EXPRESS CORP.,

                      Defendants.
------------------------------------------------------------------X

07 Civ. 2911(PAC)(AJP)

AFFIDAVIT OF
LEONARDO RODRIGUEZ

STATE OF FLORIDA    )
                               : 
COUNTY OF ORANGE  )

LEONARDO RODRIGUEZ, being duly sworn deposes and says:

1.    I was employed by FEDERAL EXPRESS CORPORATION from March 16, 2000 until January 21, 2004 as a courier.

2.    During that time, I resided at 414 East 204th Street, Bronx, New York.

3.    I am no longer employed by FEDERAL EXPRESS.

4.    I presently reside at 13938 Dove Wing Court Orlando, Florida 32828, and have resided in Orlando, Florida since October 2005.

5.    At the time that this action was commenced in October, 2006, I resided in Orlando, Florida.

6.    I was not aware that this action had been commenced against me by the plaintiff until I was contacted by the attorney for FEDERAL EXPRESS in April, 2007, who I understand found me by hiring an investigator.

7. I had not been contacted by plaintiff or his attorney regarding this lawsuit nor have any pleadings been served on me at my residence or current place of employment.

*Leonardo Rodriguez*
Leonardo Rodriguez

Sworn to before me this
10th day of May, 2007

_____
Notary Public

JENNIFER HOUSEWRIGHT
MY COMMISSION #DD438596
EXPIRES: JUN 08, 2009
Bonded through 1st State Insurance

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Yvette Morales, being duly sworn deposes and says that deponent is not a party to the action, is over the age of 18 and resides in Kings County.

On the **16th** day of **May, 2007**, deponent served the within **AFFIDAVIT OF LEONARDO RODRIGUEZ** upon:

>Lloyd Katz, Esq.
>Carlos & Katz, Esqs.
>352 Seventh Avenue
>Suite 409
>New York, NY 10001

the address(es) designated by said attorney(s) by depositing same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Yvette Morales

Sworn to before me this
16th day of May, 2007.

_____
Notary Public

ANTHONY W. ECKERT III
Notary Public, State of New York
No. 02EC4989528
Qualified in New York County
Commission Expires Dec. 9, 20 09