# Exhibit B

UNITED LAWYERS

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------------X
JESUS VARGAS,                                                                    Index No. 22230-06

                                    Plaintiff,

                                                                                 **VERIFIED ANSWER**

        - against -

LEONARDO RODRIGUEZ and FEDERAL EXPRESS
CORP.,

                                    Defendants.
------------------------------------------------------------------------X

        Defendants, FEDERAL EXPRESS CORPORATION and LEONARDO RODRIGUEZ

(collectively hereinafter referred to as "Defendants"), by their attorney, ANTHONY W.

ECKERT, III, ESQ., as and for their Verified Answer to the Verified Complaint, allege as

follows:

### AS AND FOR AN ANSWER TO
### THE FIRST CAUSE OF ACTION

        FIRST:        Deny information or knowledge sufficient to form a belief as to the truth

of the allegations set forth in paragraphs "1", "3" and "16" of the Verified Complaint herein.

        SECOND:      Deny the allegations set forth in paragraphs "2", "4", "11", "13", "15",

"18", "19", "20", "21", "22", "23", "24" and "25" of the Verified Complaint herein.

        THIRD:       Deny the allegations set forth in pargraphs "5", "6", "7", "8", "9", "10", "12",

"14" and "17" of the Verified Complaint herein and refer all questions of law to the Court for

determination.

## AFFIRMATIVE DEFENSES

### AS AND FOR A FIRST AFFIRMATIVE
### DEFENSE ON BEHALF OF DEFENDANTS

FOURTH:    If plaintiff sustained or suffered damages as alleged in the Verified Complaint,

which Defendants expressly deny, such damages were caused in whole or in part by plaintiff's

negligence, culpable conduct, or assumption of risk, and to the extent of her culpability, plaintiff is

barred from recovery or, alternatively, shall have her damages reduced in the proportion that her

culpable conduct bears to all conduct causing or contribution to such damages.

### AS AND FOR A SECOND AFFIRMATIVE
### DEFENSE ON BEHALF OF DEFENDANTS

FIFTH:    If plaintiff sustained or suffered damages as alleged in the Verified Complaint,

which Defendants expressly deny, such damages were suffered and sustained by reason of the

negligence or other culpable conduct of persons or entities over whom Defendants exercised no

control or supervision, and not by reason of any culpable conduct of Defendants.

### AS AND FOR A THIRD AFFIRMATIVE
### DEFENSE ON BEHALF OF DEFENDANTS

SIXTH:    Plaintiff did not sustain serious and permanent injuries as defined by Section

5102 of the Insurance Law of the State of New York, and her exclusive remedy is confined and

limited to the benefits and provisions of Article 51 of the Insurance Law of the State of New York.

**AS AND FOR A FOURTH AFFIRMATIVE
DEFENSE ON BEHALF OF DEFENDANTS**

SEVENTH:    Plaintiff's action is barred by Article 51, Section 5104 of the Insurance

Law of the State of New York.

**AS AND FOR A FIFTH AFFIRMATIVE
DEFENSE ON BEHALF OF DEFENDANTS**

EIGHTH:    Plaintiff's recovery, if any, shall be reduced by the amount of any collateral

payments received, in accordance with CPLR §4545.

**AS AND FOR A SIXTH AFFIRMATIVE
DEFENSE ON BEHALF OF DEFENDANTS**

NINTH:    The Verified Complaint fails to state a cause of action against Defendant

upon which relief may be granted.

**AS AND FOR A SEVENTH AFFIRMATIVE
DEFENSE ON BEHALF OF DEFENDANTS**

TENTH:    Plaintiff's injuries were caused in whole or in part by her own negligence and,

accordingly, her claim is barred or reduced by the applicable state law of comparative negligence.

**AS AND FOR AN EIGHTH AFFIRMATIVE
DEFENSE ON BEHALF OF DEFENDANTS**

ELEVENTH:    Defendant asserts that this case falls within the limited liability provisions

of section 1601 of the Civil Practice Law and Rules, and that the Defendant's liability for non-

economic loss, if any, shall be limited to its equitable share determined in accordance with the

relative culpability of each person causing or contributing to the total liability.

## AS AND FOR A NINTH AFFIRMATIVE
## DEFENSE  ON BEHALF OF DEFENDANTS

TWELFTH:    Plaintiff's claims are barred and/or diminished in that plaintiff was

not wearing a seatbelt at the time and place of the incident described in plaintiff's Verified

Complaint.  That any damages, injury and/or injuries sustained by plaintiff were caused in whole or

in part by the failure of plaintiff to use seatbelts and/or other safety restraint devices which would

have avoided or mitigated plaintiff's damages, and the amount of damages found, if any, are to be

apportioned among the plaintiff and the Defendants according to the degree of responsibility that

each is found to have in the occurrence in proportion to the entire responsibility of the occurrence.

## AS AND FOR A TENTH AFFIRMATIVE
## DEFENSE ON BEHALF OF DEFENDANTS

THIRTEENTH:    That the Court does not have jurisdiction over the person of the

Defendants herein, in that the Summons and Verified Complaint were not personally served upon

the Defendants.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE
## DEFENSE ON BEHALF OF DEFENDANTS

FOURTEENTH:    The plaintiff has failed to use all available means to mitigate damages.

-4-

**AS AND FOR TWELFTH AFFIRMATIVE DEFENSE**
**DEFENSE ON BEHALF OF DEFENDANTS**

<u>FIFTEENTH</u>:          Plaintiff's causes of action are time-barred pursuant to the applicable

Statute of Limitations.

**WHEREFORE,** Defendants Federal Express Corporation and Leonardo Rodriguez demand

judgment dismissing plaintiff's Verified Complaint herein, together with costs and disbursements

of this action and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 31, 2007

                    Yours, etc.

                    ANTHONY W. ECKERT, III, ESQ.

By:_____
                    Anthony W. Eckert, III
                  **Attorney for Defendants**
                  90 Park Avenue, 18th Floor
                  New York, NY 10016
                  (212) 455-9249

TO:    DON A. CARLOS, JR., ESQ.
        Attorneys for Plaintiff
        352 Seventh Avenue
        Suite 1500
        New York, New York 10001
        (212) 631-7442

## VERIFICATION

STATE OF NEW YORK    )
                         ) ss:
COUNTY OF NEW YORK   )

        **ANTHONY W. ECKERT, III,** an attorney admitted to practice in the State of New York, affirms:

        I am the attorney of record for defendants FEDERAL EXPRESS CORPORATION and LEONARDO RODRIGUEZ in the within action. I have read the foregoing Verified Answer and know the contents thereof; the same are true to my own knowledge, except as to the matters therein stated to be alleged on information and belief; and as to those matters I believe them to be true.

        I further state that the reason this Verification is made by me and not by said defendant is because said party do not reside in New York County, where my office is located.

        The grounds of my belief as to all matters not stated to be upon my knowledge, are investigative materials contained in my file and conversations with said defendant.

        I affirm that the foregoing statements are true, under the penalty of perjury.

Dated: New York, New York
       January 31, 2007

                                       _____
                                        Anthony W. Eckert, III

## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK    )
                             ) ss.:
COUNTY OF NEW YORK  )

        Yvette Morales, being duly sworn deposes and says that deponent is not a party to the action, is over the age of 18 and resides in Kings County.

        On the **31**st day of **January 2007**, deponent served the within **VERIFIED ANSWER** upon:

        DON A. CARLOS, JR., ESQ.
        Attorneys for Plaintiff
        352 Seventh Avenue
        Suite 1500
        New York, New York 10001

the address(es) designated by said attorney(s) by depositing same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                       _____
                                                       Yvette Morales

Sworn to before me this
31st  day of January, 2007

_____
Notary Public

ANTHONY W. ECKERT III
Notary Public, State of New York
No. 01EC4855523
Qualified in New York County
Commission Expires Dec. 9, 2009

Index No.   22230-06                                                    Year 2006

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

JESUS VARGAS,

Plaintiff,

- against -

LEONARDO RODRIGUEZ and FEDERAL EXPRESS CORP.,

Defendants.

---

### VERIFIED ANSWER

---

ANTHONY W. ECKERT, III, ESQ.
Attorney at Law
Attorney for Defendants
90 Park Avenue
18th Floor
New York, New York 10016
Telephone   (212) 455-9249
Facsimile    (212) 455-9251



---

TO:    DON A. CARLOS, JR., ESQ.
        Attorneys for Plaintiff
        352 Seventh Avenue
        Suite 1500
        New York, New York 10001
        (212) 631-7442

---