UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JESUS VARGAS,                                     07 Civ. 2911 (PAC) (AJP)

                           Plaintiff,         AFFIDAVIT OF
                                         LLOYD A. KATZ

- against –

LEONARDO RODRIGUEZ
and FEDERAL EXPRESS CORP.,

                           Defendants.
-----------------------------------------------------------------X
STATE OF NEW YORK :)
COUNTY OF NEW YORK :)

LLOYD A. KATZ, being duly sworn, deposes and says:

1. I am an attorney with CARLOS & KATZ, ESQS., attorneys for the plaintiffs, JESUS VARGAS, and as such am fully familiar with all the facts and circumstances set forth herein.
2. This affidavit is submitted in support of the within motion requesting an order directing that the Court remand the entire action back to the State Supreme Court, Bronx County, on the grounds that together with such other and further relief as to this Court may deem just, proper and equitable.
3. The basis of this application is the apparent un-timeliness of the Notice of Removal dated April 11, 2007.
4. The within action arises from an incident occurring on October 23, 2003 when the plaintiff, JESUS VARGAS, a pedestrian, alleges to have sustained personal injuries when was struck by a vehicle owned by the defendant, FEDERAL EXPRESS CORP. and operated by the defendant LEONARDO RODRIGUEZ on Hunts Point Avenue at or near the intersection of Garrison Street, Bronx, New York.
5. A copy of what appears to be the police report for the subject incident is attached hereto as Exhibit "A". It indicates the home address of the defendant, LEONARDO RODRIGUEZ, as 414 East 204th Street, Apt. 9J, Bronx, New York.
6. A summons and verified complaint, attached as Exhibit "A" to the Affidavit of Mr. Eckert dated May 16th, 2007 in support of defendants opposition to the instant application to remand, lists plaintiff's home address that is indicated on the aforesaid police report on the face of the summons.
7. Paragraph "3" of the aforesaid complaint states that "Plaintiff was and still is a resident of the Bronx".
8. Subsequently, your deponent's office received and answer on behalf of the defendant.

Annexed as Exhibit "B" to the Affidavit of Mr. Eckert dated May 16th, 2007 in support of defendants opposition to the instant application to remand, is a copy of the answer submitted on behalf of the defendants, FEDERAL EXPRESS CORP. and LEONARDO RODRIGUEZ.

9. The aforesaid Answer is dated January 31, 2007 and according to the date stamp thereon was filed with the Clerk of Bronx County on February 1, 2007.
10. Mr. Eckert states on page 2, paragraph 4 of his Affidavit dated May 16, 2007 that "Apparently, plaintiff did not confirm whether defendant RODRIGUEZ was still residing in the Bronx".
11. Apparently, neither did the attorney for Mr. Rodriguez.
12. Certainly by the time the Answer was interposed on January 31, 2007 counsel should have been cognizant of his client's place of citizenship, particularly where defendants shared a prior relationship as employer and employee and defendants were represented by same attorney.
13. It is respectfully submitted that the Notice of Removal is late pursuant to the provisions contained in 28 U.S.C.A. 1446 in that it had to be filed within 30 days of the completion of service which would appear to have been upon the filing of the affidavits of service on the defendants with the office of the County Clerk, Bronx County on December 20, 2006.
14. The Affidavit of the defendant, LEONARDO RODRIGUEZ, is silent as to when he purportedly moved from the address listed on the police report, other than he no longer lived there at the time of the purported service.
15. Attached hereto as Exhibit "B" is a copy of what is delineated thereon as "RECORD EXPANSION FOR RODRIGUEZ, LEONARDO" dated April 25, 2007, which lists his home address as the address on the police report.
16. It is also respectfully submitted that the Court should be then be remanded to the State Supreme Court, Bronx County for disposition.

WHEREFORE, it is respectfully requested that the instant motion be granted, remanding the present action back to Supreme Court of the State of New York, County of Bronx, under Index number 22230/06 for disposition, together with such other and further relief as this Court may deem just, proper and equitable.

LLOYD A. KATZ

Sworn to before me this
25th day of May, 2007

Notary Public

JORDAN SCHIFF
Notary Public, State Of New York
No. 02SC5082029
Qualified In New York County
Commission Expires 7/14/2007

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK }
                                    ss:
COUNTY OF NEW YORK }

LLOYD A. KATZ, being duly sworn, deposes and says:
That deponent is not a party to the action, is over 18 years of age and resides in the County of Kings, State of New York.

That on May 25 2007, deponent served the within:

### AFFIDAVIT OF LLOYD A. KATZ

upon:

ANTHONY W. ECKERT III, ESQ.
**Attorney for Defendants**
**Federal Express Corporation and**
**Leonardo Rodriguez**
555 Fifth Avenue
15th Floor
New York, NY 100017
(212) 922-0450

The address designated by said attorneys for that purpose, by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

Sworn to before me this 25th
day of May, 2007

NOTARY PUBLIC

JORDAN SCHIFF
Notary Public, State Of New York
No. 02SC5082029
Qualified In New York County
Commission Expires 7/14/2007

**Exhibit A**

# POLICE ACCIDENT REPORT (NYC)
**New York State Department of Motor Vehicles**
MV-104AN (7/01)

**ORIGINAL**

Page 1 of 1 Pages
Precinct: 041
Accident No.: 1081
Complaint Number: ___
☐ AMENDED REPORT
11-7-03

## Accident Info
- Month: 10  Day: 23  Year: 2003
- Day of Week: THUR
- Military Time: 1847
- No. of Vehicles: 1
- No. Injured: 1
- No. Killed: 0
- Not Investigated at Scene: ☐
- Accident Reconstructed: ☐
- Left Scene: ☐
- Police Photos: ☐ Yes ☐ No

## VEHICLE 1
- Driver License ID Number: 230 374 123
- Driver Name: Rodriguez, Leonardo
- Address: 414 E 204th Street, Apt 9J
- City: Bronx, State: NY, Zip: 10467
- Sex: M
- Name on registration: Federal Express Corp
- Address: 900 Midlantic Dr, Mount Laurel, NJ 08054
- Plate Number: 18271AB, State: NY, Vehicle Year & Make: 1995 Ford, Type: COM

## VEHICLE 2 — ☒ PEDESTRIAN
- Driver Name: Vargas, Jesus
- Address: 854 Hunts Point, Apt 2D
- City: Bronx, State: NY
- Sex: M

## Accident Diagram
#4

## Place Where Accident Occurred
☒ BRONX
Road: Hunts Point
at intersecting street: Garrison

## Accident Description/Officer's Notes
AT T/P/O VEH 1 STATES HE WAS ON A RED LIGHT ON HUNTS POINT FACING E/B WHEN THE LIGHT TURN GREEN HE STATES THE PEDESTRIAN WALKED IN FRONT OF THE TRUCK. PEDESTRIAN STATES HE HAD THE WALK SIGNAL WHEN HE STATES THE FED EX TRUCK STRUCK HIM. PEDESTRIAN IS APPARENTLY INTOXICATED.

## All Involved
| | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | BY | TO | 18 | Names of all involved | Date of Death Only |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 1 | 1 | 2 | 1 | 22 | M | | | | | 6 | R M | 4 | Rodriguez, Leonardo | |
| B | P | | | | 33 | M | 11 | 12 | 6 | 0561 | 7010 | | | Vargas, Jesus | |

**KILLED OR INJURED IN ACCIDENT** (letter designation of persons killed or injured must correspond with letter designation on front).

ORIGINAL

| | First | M.I. | D Last Name | | First | M.I. |
|---|---|---|---|---|---|---|
| | | | Address | | | |

Date of Birth: Month / Day / Year    Telephone (Area Code)    Date of Birth: Month / Day / Year    Telephone (Area Code)

| Last Name | First | M.I. | E Last Name | | First | M.I. |
|---|---|---|---|---|---|---|
| VARGAS | Jesus | M | | | | |
| Address 854 Hunt Point | | | Address | | | |

Date of Birth: Month / Day / 6 Year    Telephone (Area Code)    Date of Birth: Month / Day / Year    Telephone (Area Code)

| Last Name | First | M.I. |
|---|---|---|
| | | |

Address

Highway Dist. at Scene? ☐ Yes ☐ No
Name:

Date of Birth: Month / Day / Year    Telephone (Area Code)

Shield No.

**ENTER INSURANCE POLICY NUMBER FROM INSURANCE IDENTIFICATION CARD, EXPIRATION DATE (IN ALL CASES), AND VIN.**

Vehicle No. 1 ISAH07934105     Vehicle No. 2 _____

Expiration Date 6/1/04     Expiration Date _____

VIN N/A     VIN _____

**WITNESS** (Attach separate sheet, if necessary)

Name     Address     Phone

**DUPLICATE COPY REQUIRED FOR:**

☐ Dept. of Motor Vehicles (if anyone is killed/injured)   ☐ Motor Transport Division (P.D. vehicle involved)   ☐ NYC Taxi & Limousine Comm. (if a Licensed taxi or limousine involved)   ☐ Other City Agency (Specify)

☐ Office of Comptroller (if a City vehicle involved)   ☐ Personnel Safety Unit (if a P.D. vehicle involved)   ☐ Highway Unit _____

**NOTIFICATIONS:** (Enter name, address, and relationship of friend or relative notified. If aided person is unidentified, list Missing Person Squad member who was notified. In either case, give date and time of notification.)

**PROPERTY DAMAGED** (other than vehicles)     **OWNER OF PROPERTY** (include city agency, where applicable)

**IF NYPD VEHICLE IS INVOLVED:**

| Police Vehicle-Operator's First Name | Last Name | Rank | Shield No. | Tax ID. No. | Command |
|---|---|---|---|---|---|
| | | | | | |

| Make of Vehicle | Year | Type of Vehicle | Plate No. | Dept. Vehicle No. | Assigned To What Command |
|---|---|---|---|---|---|
| | | | | | |

Equipment In Use At Time of Accident
☐ Siren   ☐ Horn   ☐ Turret Light   ☐ 4-Way Flasher   ☐ High-Level Warning Lights   ☐ Traffic Cones   ☐ Headlights

**ACTIONS OF POLICE VEHICLE**

☐ Responding to Code Signal _____    ☐ Complying with Station House Directive
☐ Pursuing Violator                     ☐ Routine Patrol
☐ Other (Describe) _____

**Exhibit B**

```
TODAY'S DATE:  5/25/2007   TIME: 13:07:90
        *RECORD EXPANSION FOR: RODRIGUEZ,LEONARDO

RODRIGUEZ,LEONARDO                       CLIENT ID#: 230374123
414 E 204TH ST 4J                   DOB: 01/01/1981   SEX: M
BRONX          NY 10467             HEIGHT: 5-10   EYE COLOR: BROWN
                                    COUNTY: BRON
                                    MI #: R15161 95651 360656-81

LICENSE CLASS: *D*                  STATUS: SURRENDERED EXPIRATION: 01/01/2010
    COMMERCIAL STATUS: SURRENDERED
PERMIT CLASS: B                     STATUS: SURRENDERED EXPIRATION: 03/01/2005
APPLICATION DATE: 03/01/2004
ENDORSEMENTS: PASSENGER
RESTRICTIONS:  NONE
PERMIT CLASS: M                     STATUS: SURRENDERED EXPIRATION: 03/28/2001
APPLICATION DATE: 03/28/2000
ENDORSEMENTS:  NONE
RESTRICTIONS:  NONE


*** ENTER NEXT FUNCTION CODE NEXT  *** ( RECORD CONTINUED ON FOLLOWING PAGE )
```

```
******************       ACTIVITY              *******************
DOCUMENT SURRENDERED ON: 04/09/2004 TO FL

******************       CONVICTIONS/BAIL FORFEITURES    *******************
CONVICTION: FLD TO STOP-SCHL BUS
 VIOLATION: 09/12/2003         CONVICTED ON: 04/23/2004
LOCATION: BRONX COUNTY, ADMINISTRATIVE ADJUDICATION
PENALTY: FINE- $250                      POINTS: 5
COMM VEH: UNKNOWN    HAZMAT: UNKNOWN

                    *** END OF RECORD ***
```

May 25 07 01:08p    Stephen Stracher    518 438 0502    p.3

**STATE OF NEW YORK    }**
                                    **ss:**
**COUNTY OF NEW YORK }**

LLOYD A. KATZ, being duly sworn, deposes and says:
That deponent is not a party to the action, is over 18 years of age and resides in the County of Kings, State of New York.

That on May 25 2007, deponent served the within:

**AFFIDAVIT OF LLOYD A. KATZ**
upon:
**ANTHONY W. ECKERT III, ESQ.**
**Attorney for Defendants**
**Federal Express Corporation and**
**Leonardo Rodriguez**
**555 Fifth Avenue**
**15th Floor**
**New York, NY 100017**
**(212) 922-0450**

The address designated by said attorneys for that purpose, by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State.

**Sworn to before me this 25th**
**day of May, 2007**
**NOTARY PUBLIC**

JORDAN SCHIFF
Notary Public, State Of New York
No. 02SC5082029
Qualified In New York County
Commission Expires 7/14/200_

LLOYD A. KATZ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

JESUS VARGAS,                                                   07 Civ. 2911 (PAC) (AJP)

                           Plaintiff,

   - against –                                                AFFIDAVIT OF
                                                         LLOYD A. KATZ

LEONARDO RODRIGUEZ
and FEDERAL EXPRESS CORP.,

                           Defendants.

------------------------------------------------------------X

CARLOS & KATZ, ESQS.
LLOYD KATZ (LK-8498)
Attorney for Plaintiff
352 Seventh Avenue
Suite 409
New York, New York 10001
(212) 631-7442

ANTHONY W. ECKERT III, ESQ.
Attorney for Defendants
Federal Express Corporation and
Leonardo Rodriguez
555 Fifth Avenue
15th Floor
New York, NY 100017
(212) 922-0450