```
┌─────────────────────────────────────────────┐
│ USDS SDNY                         Cʜᴇʀᴛᴛʏ, ᴊ │
│ DOCUMENT                                       │
│ ELECTRONICALLY FILED                           │
│ DOC #: _____                         │
│ DATE FILED: OCT 1 2 2007                       │
└─────────────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

JESUS VARGAS,                                   07 Civ. 2911 (PAC)

                            Plaintiff,

                                                **STIPULATION AND**
        -against-                               **ORDER OF DISMISSAL**

FEDERAL EXPRESS, INC.

                            Defendant.

-------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

attorneys of record for the parties to the above entitled action, that whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a party

has an interest in the subject matter of the action, the above entitled action be, and the same hereby

is discontinued with prejudice without costs to either party as against the other.

IT IS FURTHER STIPULATED AND AGREED, that this Stipulation may be filed

without further notice with the Clerk of the Court.

Dated: New York, New York
       September 24, 2007

DON A. CARLOS, ESQ.                          ANTHONY W. ECKERT III, ESQ.

By: _____                   By: _____
       Lloyd Katz (LK-8498)                          Anthony W. Eckert III (AWE-7949)
Attorney for Plaintiff                        Attorney for Defendants
352 Seventh Avenue                            555 Fifth Avenue, 15th Floor
Suite 1500                                    New York, NY 10017
New York, New York 10001                      (212) 922-0450

SO ORDERED  OCT 1 2 2007

_____
       U.S.D.J.

ANTHONY W. ECKERT III, ESQ.
555 FIFTH AVENUE
15TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE (212) 922-0450
FACSIMILE (212) 922-0530
aeckert@awelaw.com

October 11, 2007

**Via Electronic Filing**

Honorable Paul A. Crotty
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

       Re:    **Jesus Vargas v. Federal Express Corp.,** *et al.*
               **07 Civ. 02911 (PAC)**
               **Our File No.:  724.16040**

Dear Honorable Sir:

       We are the attorneys for defendants in this matter. Enclosed is the executed Stipulation and Order of Dismissal. If the stipulation meets with your approval, please so order it and have your clerk file same with the court. Please also have your clerk provide the parties with a so ordered copy.

       Thank you for your attention to this matter.

                       Respectfully submitted,

                       ANTHONY W. ECKERT III, ESQ.

                       BY: _____
                           Anthony W. Eckert III (AWE -7949)

cc:    Don A. Carlos, Esq.